Izaak D. Schwaiger, SBN 267888
**SCHWAIGER LAW FIRM**
130 Petaluma Avenue, Suite 1A
Sebastopol, CA 95472
Tel. (707) 595-4414
Facsimile: (707) 581-1983
E-mail: izaak@izaakschwaiger.com

John H. Scott, SBN 72578
**SCOTT LAW FIRM**
1388 Sutter Street, Suite 715
San Francisco, California 94109
Telephone: (415) 561-9601
Facsimile:  (415) 561-9609
john@scottlawfirm.net

Attorneys for Plaintiff
JASON ANGLERO-WYRICK

Richard W. Osman, SBN 167993
Sheila D. Crawford, SBN 278292
**BERTRAND, FOX, ELLIOT, OSMAN & WENZEL**
2749 Hyde Street
San Francisco, CA  94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
E-mail: rosman@bfesf.com; scrawford@bfesf.com

Attorneys for Defendants COUNTY OF SONOMA,
JEREMY JUCUTAN and NIKKO MILLER

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON ANGLERO-WYRICK,<br><br>PLAINTIFF,<br><br>v.<br><br>COUNTY OF SONOMA, JEREMY JUCUTAN, NIKKO MILLER, MARK ESSICK and DOES 1-25, inclusive.<br><br>Defendants. | Case No. 3:21-cv-01985-SK<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and the Settlement Agreement and Mutual Release executed by and between the parties identified herein, the undersigned, counsel of record for JASON ANGLERO-WYRICK, and defendants COUNTY OF SONOMA, JEREMY JUCUTAN, NIKKO MILLER and MARK ESSICK, respectively, do hereby agree and stipulate that the above-referenced case be dismissed, in its entirety and with prejudice, as to all defendants. Each party shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated:  January 3, 2023            SCHWAIGER LAW FIRM

By: */s/ Izaak D. Schwaiger*
    Izaak D. Schwaiger
    Attorneys for Plaintiff
    JASON ANGLERO-WYRICK

Dated:  January 3, 2023            SCOTT LAW FIRM

By: */s/ John Houston Scott*
    John Houston Scott
    Attorneys for Plaintiff
    JASON ANGLERO-WYRICK

Dated:  January 3, 2023            BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: */s/ Richard W. Osman*
    Richard W. Osman
    Sheila D. Crawford
    Attorneys for Defendants
    COUNTY OF SONOMA,
    JEREMY JUCUTAN and NIKKO MILLER

**ELECTRONIC CASE FILING ATTESTATION**

I, Richard W. Osman hereby attest that I have on file all holograph signatures for any signatures indicted by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated: January 3, 2023            **Bertrand, Fox, Elliot, Osman & Wenzel**
                                   */s/ Richard Osman*
                                   Richard Osman

**ORDER**

Pursuant to the parties' STIPULATION OF DISMISSAL set forth above, the Court hereby orders that:

1. The above-captioned case be dismissed, in its entirety and with prejudice.
2. Each party shall bear their own attorneys' fees and costs.

Dated: January 6, 2023


THE HONORABLE SALLIE KIM